**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

TERAMORE DEVELOPMENT, LLC     :
AND MARY HARRIS,              :
                             :
    Plaintiffs,              :
                             :
v.                            :          CASE NO.:  7:23-CV-39 (WLS)
                             :
LOWNDES COUNTY, GA *et al*,   :
                             :
    Defendants.              :
_____ :

## **ORDER**

On March 28, 2023, Defendants removed this action from the Superior Court of Lowndes County, Georgia. (Doc. 1.) On March 29, 2023, the Clerk's Office noticed Plaintiff, Teramore Development LLC, that Plaintiff had not filed its Corporate Disclosures. (See Docket.) The Clerk's Office noticed Teramore Development LLC, again on April 5, 2023, of its responsibility to file corporate disclosures. (See Docket.)  To date, Teramore Development LLC has not filed its corporate disclosures.

Accordingly, Plaintiff Teramore Development LLC is hereby **ORDERED** to file its corporate disclosures **within seven (7) days of the entry of this Order**.

**SO ORDERED**, this 21st day of April 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1