# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| TERAMORE DEVELOPMENT, LLC and Mary Harris | : : : | |
| Plaintiffs, | : : | |
| v. | : : | CASE NO.: 7:23-CV-39 (WLS) |
| LOWNDES COUNTY, GA, | : : | |
| Defendant. | : : | |

## ORDER

Before the Court is the Parties' Stipulation of Dismissal with Prejudice (Doc. 30). Therein, the Parties stipulate to dismissal of this action against Defendant Lowndes County, Georgia. Also pending before the Court are Defendant's Motion to Dismiss Plaintiffs' First Amended Notice of Appeal and Complaint ("Defendant's Motion to Dismiss") (Doc. 25) and Defendant's Motion for Hearing on Defendant's Motion to Dismiss. (Doc. 27).

Upon consideration thereof, it is hereby **ORDERED** that the Parties' Stipulation of Dismissal with Prejudice (Doc. 30) is **ACCEPTED** and **GRANTED**. The Court, therefore, orders that all Plaintiffs' claims pending against Defendant, Lowndes County, Georgia, are **DISMISSED-WITH-PREJUDICE**, with each party bearing their own attorneys' fees and costs. As a result, Defendant's Motion to Dismiss (Doc. 25) and Motion for Hearing on Defendants' Motion to Dismiss (Doc. 27) are **DENIED-AS-MOOT**.

**SO ORDERED**, this 9th day of November 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**