IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

TERAMORE DEVELOPMENT LLC., et al.,          *

                    Plaintiffs,          *

v.                Case No. 7:23-cv-39 (WLS)

                        *

LOWNDES COUNTY GEORGIA, et al.,

                        *

                Defendants.

_____          *

## **J U D G M E N T**

Pursuant to this Court's Order dated November 9, 2023, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 9th day of November, 2023.

David W. Bunt, Clerk


s/ Kathleen S. Logsdon, Deputy Clerk